UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN J. JEPPESEN,

        Plaintiff,   Civil Action No.
    09-CV-12871
vs.
    PAUL D. BORMAN
COMMISSIONER OF SOCIAL   UNITED STATES DISTRICT JUDGE
SECURITY,

        Defendant.
_____/

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This is a social security case. Plaintiff challenges the final decision of Defendant denying his application for Disability Insurance Benefits under the Social Security Act. The parties have filed cross-motions for summary judgment. On May 27, 2010, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R&R") in which he recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. No objections have been filed, and the time to do so has expired.

The Court has had an opportunity to fully review this matter and finds that Magistrate Judge Whalen has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Whalen's R&R dated May 27, 2010, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is denied.

1

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is granted.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: June 16, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 16, 2010.

        S/Denise Goodine
        Case Manager